UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:11-CV-138-R

MARY EDWARDS, *et al.*                                                          PLAINTIFFS

V.

TARGET CORPORATION                                           DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel